# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-23-00466-CR

**David Joseph Bradford, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY,
### NO. CR2022-398, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant David Joseph Bradford seeks to appeal a judgment of conviction for possession of a controlled substance in an amount greater than one gram but less than four grams. *See* Tex. Penal Code § 481.115(c). The trial court has certified that Bradford has waived the right of appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: September 20, 2023

Do Not Publish